### HARRELL v. HARRELL. (No. 80.)

(Court of Civil Appeals of Texas. Eastland. Jan. 15, 1926.)

**Appeal and error ⬡⇒78(3)—Appeal from order sustaining general demurrer to petition but not expressly disposing of action will be dismissed.**

Appeal from order sustaining general demurrer to petition, but not expressly disposing of action, will be dismissed, since there is no final judgment.

Appeal from District Court, Throckmorton County; Bruce W. Bryant, Judge.

Bill of review by Ivy E. Harrell against J. E. Harrell to set aside a judgment. From an order sustaining a general demurrer, petitioner appeals. Appeal dismissed.

⬡⇒For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

Taylor & Taylor, of Wichita Falls, for appellant.

Leaverton, Hardy & Howsley, of Throckmorton, and W. H. Murchison, of Haskell, for appellee.

PANNILL, C. J. Appellant brought a bill of review to set aside a judgment which had theretofore been rendered against her. The appellee lodged a general demurrer to said petition, which was sustained by the court. The order sustaining the general demurrer does not attempt to dispose of the cause. The order, in substance, shows a consideration by the court of the general demurrer and an opinion that it should be sustained. Then follows:

"It is therefore ordered, adjudged, and decreed by the court that the plaintiff's general demurrer to the defendant's bill of review be and the same is hereby in all things sustained,"

—followed by an exception and notice of appeal.

This order is not sufficient to confer jurisdiction on this court of this appeal. It is not a final judgment. Texas Land & Loan Co. v. Winter, 93 Tex. 560, 57 S. W. 39; Dixon v. Sanderson (Tex. Sup.) 6 S. W. 831; Kuehn v. Kuehn (Com. App.) 242 S. W. 719; Freeman on Judgments (5th Ed.) pp. 1512–1517.

The uniform declaration to be found in the cases in this state on the question is:

"An order which logically would lead to a final disposition of the case is not a final judgment until the effect of such order is judicially pronounced; so that an order or judgment sustaining a demurrer, but not expressly disposing of the action, is not final, and an appeal therefrom does not lie."

Because there is no final judgment, the appeal is dismissed.